IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION NUMBER: Violation: E1383992 |
|---|---|
| Plaintiff, | |
| vs. | 4:23-po-05030-JTJ-1 |
| Ellyciaann S. Yokomizo, | **ORDER** |
| Defendant. | |

Upon the Defendant's motion for a remote appearance and with good cause shown, IT IS HEREBY ORDERED that the Defendant may appear by telephone at the February 9, 2023 initial appearance. The call-in number is as follows: 877-402-9753; access code: 5136505

DATED this 31st day of January, 2023.

_____
John Johnston
United States Magistrate Judge