IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-23-5030-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E1383991 E1383992 Location Code: M13 |
| vs. | |
| ELLYCIA ANN S. YOKOMIZO, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $65 fine and $30 processing fee for violation E1383991 (for a total of $95), and for good cause shown, **IT IS ORDERED** that the $95 fine paid by the defendant is accepted as a full adjudication of violation E1383991, and violation E1383992 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 9, 2023, is **VACATED.**

DATED this 8th day of February, 2023.

_____
John T. Johnston
United States Magistrate Judge